# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  11-cr-00065-MSK-01 |
| TRENT S. HIX | USM Number:  37459-013 |
| | Matthew K. Belcher, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 14, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 08/12/14 |
| 2 | Failure to Pay Restitution as Directed | 08/31/14 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 11, 2015
Date of Imposition of Judgment

*s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, Chief U.S. District Judge
Name & Title of Judge

May 14, 2015
Date

DEFENDANT:  TRENT S. HIX
CASE NUMBER:  11-cr-00065-MSK-01                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Notify the Probation Officer of Change in Residence | 07/19/14 |
| 4 | Failure to Submit Written Reports | 08/31/14 |
| 5 | Failure to Follow Instructions of the Probation Officer | 06/20/14 |
| 6 | Failure to Notify Probation Officer of Change in Employment | 07/11/14 |
| 7 | Failure to Participate in Dual-Diagnosis Treatment/Medication Monitoring as Directed by the Probation Officer | 07/30/14 |
| 8 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 08/16/14 |
| 9 | Failure to Report to the Probation Officer as Directed | 02/13/15 |
| 10 | Failure to Pay Restitution as Directed | 02/05/15 |
| 11 | Failure to Submit Written Reports | 02/05/15 |
| 12 | Failure to Notify Probation Officer of Change in Employment | 12/10/14 |
| 13 | Failure to Participate in Dual-Diagnosis Treatment/Medication Monitoring as Directed by the Probation Officer | 01/20/15 |
| 14 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 02/10/15 |

DEFENDANT:  TRENT S. HIX  
CASE NUMBER:  11-cr-00065-MSK-01                                                                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

The court recommends that the Bureau of Prisons credit defendant for 87 days time served.
.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____  
Deputy United States Marshal